UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **WENDY DEAN**, <br><br> Plaintiff, <br><br> v. <br><br> **STARMOUNT PROPERTIES, LLC, EZRA JORDAN,** and **SANDRA JORDAN**, <br><br> Defendants. | Civil Action No. 1:22-cv-02112-CAP |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW BRIAN SPEARS, and requests the Court grant him a leave of absence from this Court for the following periods:  October 17-November 17, 2022.  Counsel shows to the Court that during the periods of time set forth, he will be out of the state for professional development and family vacation.  No proceedings are set in this action which require his appearance during these periods of time.

-1-

WHEREFORE, Brian Spears respectfully requests that his Motion for Leave of Absence be granted and that no proceedings be scheduled or held in the above-styled matter during the periods set forth above.

Submitted this 1st day of June, 2022.

>G. Brian Spears
>Bar No. 670112
>bspears@civil-rights.law
>Spears & Filipovits, LLC
>315 W. Ponce de Leon Ave.
>Suite 865
>Decatur, GA 30030
>404-905-2225

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

                                                           G. Brian Spears
                                                           Bar No. 670112
                                                           bspears@civil-rights.law
                                                           Spears & Filipovits, LLC
                                                           315 W. Ponce de Leon Ave.
                                                           Suite 865
                                                           Decatur, GA 30030
                                                           404-905-2225